IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS HARRISON,<br><br>    Plaintiff,<br><br>vs.<br><br>E. SMITH, et al.,<br><br>    Defendants. | No. C 11-03186 YGR (PR)<br><br>**ORDER VACATING THE COURT'S JANUARY 27, 2012 ORDER OF DISMISSAL; AND REOPENING ACTION** |

This civil rights action was dismissed without prejudice by the Court on January 27, 2012. The Court concluded that dismissal was required because Plaintiff failed to submit a timely amended complaint by the January 22, 2012 deadline. Thereafter, on February 1, 2012, Plaintiff filed an amended complaint, which the Court construes as an implied motion for reconsideration under Rule 60(b) of the Federal Rules of Civil Procedure.

Where the district court's ruling has resulted in a final judgment or order, a motion for reconsideration may be filed under Rule 60(b). Rule 60(b) provides for reconsideration where one or more of the following is shown: (1) mistake, inadvertence, surprise or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered before the court's decision; (3) fraud by the adverse party; (4) the judgment is void; (5) the judgment has been satisfied; (6) any other reason justifying relief. Fed. R. Civ. P. 60(b); *School Dist. 1J v. ACandS Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).

On the envelope containing his amended complaint, Plaintiff wrote the words, "Mailed to the Court on 1/19/12," which implies that he submitted his amended complaint to prison authorities for mailing on January 19, 2012. Plaintiff addressed his filing to the San Jose Division because this case had been handled by the Honorable Edward J. Davila in the San Jose Division prior to its reassignment to the undersigned judge. The record shows that the amended complaint was deposited in the mail by prison officials on January 25, 2012, and it was received by the Clerk of

the Court in the San Jose Division on an unknown date.[1] It was then received by the Clerk in the Oakland Division on February 1, 2012, and thus it was stamped as "FILED" on February 1, 2012. Therefore, the amended complaint was not entered into the Court's electronic database until February 1, 2012 -- four days after the aforementioned dismissal order was signed and issued. Because the record shows that the amended complaint was submitted to prison authorities for mailing on January 19, 2012 -- before the January 22, 2012 deadline -- Plaintiff's implied motion for reconsideration is GRANTED.

## CONCLUSION

For the reasons outlined above, Plaintiff's implied motion for reconsideration is GRANTED. The Clerk shall REOPEN this action and VACATE the Court's January 27, 2012 Order of Dismissal. The Court will review Plaintiff's amended complaint in a separate written Order.

IT IS SO ORDERED.

DATED: February 2, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

---

[1] The Court notes that there is no official stamp on either the envelope or the amended complaint indicating when this document was received by the Clerk in the San Jose Division.

G:\PRO-SE\YGR\CR.11\Harrison3186.VACATEdismiss(no-AMcompl).wpd      2