UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS L. HARRISON,<br>    Plaintiff,<br>    v.<br>E. SMITH, et al.,<br>    Defendants. | Case No.  11-cv-03186-JST (PR)<br><br>**ORDER DIRECTING CLERK TO RE-ISSUE SUMMONS ON EILEEN SMITH** |

On June 27, 2011, plaintiff, a California state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. (Docket No. 1) On April 5, 2013, the court ordered service of plaintiff's amended complaint on the named defendants at Pelican Bay State Prison ("PBSP"). (Docket No. 19.) Summons for defendant E. Smith was returned unexecuted, with a notice from the PBSP Litigation Office that more information was needed to identify this defendant (Docket No. 23.) On July 3, 2013, this Court directed Plaintiff to provide, within thirty (30) days, sufficient information to identify and locate Defendant E. Smith. (Docket No. 31.) Plaintiff has filed a letter noting that defendant E. Smith's full name is Eileen Smith and that she continues to be employed at PBSP. (Docket No. 32.) Plaintiff also states that defendant Eileen Smith can be served at the California Department of Corrections and Rehabilitation ("CDCR").

Accordingly, the Court directs the Clerk to re-issue a summons and the United States Marshal to serve, without prepayment of fees, a copy of the amended complaint in this matter, (docket no. 11), all attachments thereto, a copy of the court order filed April 5, 2013 (docket no. 19), and a copy of this order upon defendant **Eileen Smith** at **PBSP** and at **CDCR.**  The Clerk shall also mail a courtesy copy of this order to the California Attorney General's Office.

1    Defendant Eileen Smith shall file a motion for summary judgment or other dispositive
2 motion with respect to the claims in the complaint found to be cognizable, and briefing shall
3 proceed thereafter, in accordance with the schedule and instructions set forth in the Court's Order
4 of Service, filed April 5, 2013.  (Docket No. 19).

**IT IS SO ORDERED**.

Dated: August 26, 2013

_____
JON S. TIGAR
United States District Judge